1014

[No. 35850-6-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHE JONATHAN SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01488-8, Anna M. Laurie, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 25196-9-III. Division Three. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEROY BROERS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02418-1, Michael E. Schwab, J., entered May 3, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25613-8-III. Division Three. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN RUSSELL STEWART, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-01053-5, Cameron Mitchell, J., entered October 26, 2006. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 25622-7-III. Division Three. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ANTHONY RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-04207-0, Harold D. Clarke III, J., entered October 23, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Stephens, JJ.